

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00059-CV

IN RE RONALD L. PERRIN,                                          RELATORS
INDIVIDUALLY, AND D/B/A RON
PERRIN WATER TECHNOLOGIES,
INC.

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL: MCCOY, J.; LIVINGSTON, C.J.; and MEIER, J.

DELIVERED: March 6, 2014

---

[1]See Tex. R. App. P. 47.4, 52.8(d).